UNITED STATES v. WAENTIG. (Circuit Court of Appeals, Second Circuit. December 7, 1909.) No. 72 (4,146). Appeal from the Circuit Court of the United States for the Southern District of New York. D. Frank Lloyd, Deputy Asst. Atty. Gen. (William K. Payne, Asst. Atty., of counsel), for the United States. Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importer. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed on opinion of Judge Holt. 168 Fed. 570.

---

CARMEL WINE CO. et al. v. PALESTINE HEBREW WINE CO. (two cases). (Circuit Court, S. D. New York. January 14, 1910.) Nos. 2–158, 4–98.

WARD, Circuit Judge. In these cases it appears that, following a preliminary injunction pursuant to the opinion of the court in the first-named case (161 Fed. 654), the prima facie case of the complainant has been fully presented, and has been followed by a brief statement of the defendant, practically admitting the complainant's case. A decree may be entered for an injunction and accounting, with costs to the complainant.